|  |  |
|---|---|
| 1 | Heather McMillan (SBN 188939)<br>heather@scmclaw.com |
| 2 | Daniel P. Stevens (SBN 164277)<br>Cindy Pham (SBN 286893) |
| 3 | cindy@scmclaw.com<br>STEVENS & McMILLAN |
| 4 | 335 Centennial Way<br>Tustin, CA 92780 |
| 5 | Tel.:  (714) 730-1000<br>Fax:  (714) 730-1067 |

JS - 6

Attorneys for Plaintiff,
STANLEY MAYLE

Antoinette R. Tutt (SBN 194625)
atutt@braggkuluva.com
BRAGG & KULUVA
555 S. Flower Street, Suite 600
Los Angeles, CA 90071
213/ 612-5335
213/ 612-5712 FAX

Attorneys for Defendant
PASCHALL TRUCK LINES, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| STANLEY MAYLE,                              | ) | Case No.: EDCV13-02100 SJO (DTBx) |
|---|---|---|
|                    Plaintiff,               | ) | (SBSC No.: CIVRS 1312409) |
| v.                                          | ) |  |
| PASCHALL TRUCK LINES, INC.                  | ) | Action Filed: October 10, 2013 |
| and DOES 1 through 50, inclusive,           | ) | Removed:      November 15, 2013 |
|                                             | ) |  |
|                    Defendants.              | ) | **[PROPOSED] ORDER** |
| _____        | ) | **JOINT STIPULATION TO DISMISS ACTION WITH PREJUDICE FILED CONCURRENTLY HEREWITH** |

///

///

---

1

[Proposed] Order

# [~~PROPOSED~~] ORDER

Pursuant to the Stipulation entered into by and between Plaintiff STANLEY MAYLE and Defendant PASCHALL TRUCK LINES, INC. through their respective counsel of record, and good cause appearing therefore,

IT IS HEREBY ORDERED that the matter of Stanley Mayle vs. Paschall Truck Lines, Inc. filed in the United States District Court for the Central District of California, bearing Case Number EDCV13-02100 SJO (DTBx) is hereby dismissed with prejudice in its entirety.

DATED: June 25, 2014                 _____

                                HONORABLE S. JAMES OTERO
                                United States District Court Judge